

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-14-00146-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| DAVID AGUILAR, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120C01490) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the State's motion to dismiss appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF OCTOBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge, sitting by assignment)